UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| BENJAMIN GARBER,<br><br>    Plaintiff,<br><br>v.<br><br>FRANCISCAN ALLIANCE, INC. d/b/a FRANCISCAN HEALTH DYER, ANTHONY PINARSKI, CHRISTOPHER WITT, AMERICAN HERITAGE PROTECTIVE SERVICES, INC., and JOHN DOES 1-10,<br><br>    Defendants. | CAUSE NO.: 2:20-cv-119-TLS-JPK |

## **STIPULATION OF DISMISSAL**

COME NOW the parties of record, by their respective counsel, and show the Court that all claims herein against the Defendants have been amicably adjusted by the parties. The parties now move the Court to dismiss this cause of action in its entirety against Defendants with prejudice. The parties stipulate to the entry of an Order of Dismissal with prejudice. Each party to bear its own costs.

*/s/ Joseph N. Williams (with permission)*
Joseph N. Williams (#25874-49)
Williams Law Group LLC
1101 N. Delaware St., Suite 200
Indianapolis, IN 46205

*/s/ Dominique N. Nelson*
Dominique N. Nelson (#31532-53)
Kopka Pinkus Dolin PC
11711 N. Meridian, Suite 350
Carmel, IN 46032

*/s/ Hillary N. Buchler (with permission)*
Hillary N. Buchler (32526-49)
Krieg Devault LLP
8001 Broadway, Suite 400
Merrillville, IN 46410